■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD BROWN, Appellant. [762 NYS2d 923] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered June 8, 2001, convicting him of robbery in the first degree, criminal possession of a weapon in the fourth degree, and menacing in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, viewing the evidence

in the light most favorable to the prosecution *(see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of robbery in the first degree beyond a reasonable doubt. The eyewitnesses' testimony established that the defendant displayed what appeared to be a gun during the course of the crime *(see* Penal Law § 160.15 [4]; *People v Lopez,* 73 NY2d 214 [1989]; *People v Baskerville,* 60 NY2d 374 [1983]).

Under the circumstances of this case, the defense counsel provided meaningful representation *(see People v Benevento,* 91 NY2d 708, 712 [1998]; *People v Baldi,* 54 NY2d 137, 147 [1981]).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are without merit. Florio, J.P., Townes, Mastro and Rivera, JJ., concur.